UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:

DEBORAH BRILL,

   Plaintiff,

v.

FEDERATED LAW GROUP, PLLC and
CAVALRY SPV I, LLC,

   Defendants.
_____/

**DEFENDANT, CAVALRY SPV I, LLC'S PETITION FOR REMOVAL
WITH SUPPORTING MEMORANDUM OF LAW**

COMES NOW, the Defendant, CAVALRY SPV I, LLC, by and through its undersigned counsel, and respectfully petitions this Honorable Court for removal of the above-styled civil action from the County Court, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

1. Defendant, CAVALRY SPV I, LLC (hereinafter referred to as "Defendant" or "CAVALRY") is a named Defendant in a civil action brought against it in the County Court, in and for Orange County, Florida styled, *Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC*, Case No.: 2019-SC-003662-O. A copy of the Complaint served in that action, in addition to all process and pleadings served upon CAVALRY, will be docketed separately by the Clerk.

2. That the aforesaid action was filed with the Clerk of the County Court in Orange County and service of process of said Summons and Complaint, served upon CAVALRY, on

Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC
MDFL Case No:  To be assigned
Petition for Removal to Federal Court and
Supporting Memorandum of Law
_____

or about February 22 ,2019.

      3. That the controversy herein between the Plaintiff and Defendant is a controversy based upon consumer protection rights created by and enforced through federal statute.  In this case, Plaintiff attempts to bring a five (5) count pleading for alleged violations of the Federal Fair Debt Collection Practices Act ("FDCPA") and Florida Consumer Collection Practices Act ("FCCPA").

      4. That the above described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, §1331, and is one which may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of Title 28, United States Code, §1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.   This Petition for Removal is filed with this Court within 30 days after service on CAVALRY of the original Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

## **MEMORANDUM OF LAW IN SUPPORT OF ITS PETITION FOR REMOVAL**

### Statement of the Case and Facts

The instant suit is a civil action which includes a federal question, specifically, a claim that the Defendant allegedly violated Plaintiff's consumer protection rights under the federal Fair Debt Collection Practices Act, namely, 15 U.S.C. Section 1692 and Florida Consumer Collection Practices Act ("FCCPA").  The Amended Statement of Claim (Complaint) seeks an award of damages against the Defendants, for alleged actions taken during the course of debt collection attempts by the Defendants against the Plaintiff which are asserted to violate the FDCPA and FCCPA.  Plaintiff seeks statutory, actual and/or punitive damages and seeks

Case 6:19-cv-00550-RBD-LHP   Document 1   Filed 03/20/19   Page 3 of 8 PageID 3

Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC
MDFL Case No: To be assigned
Petition for Removal to Federal Court and
Supporting Memorandum of Law
_____

judgment for those damages against the Defendants for this alleged conduct.

## Federal Court Jurisdiction

This Court has jurisdiction of this case pursuant to 28 U.S.C. §1331. Section 1331 states as follows:

> "§1331. Federal question.
>
> *The federal district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States.*

The Amended Complaint herein raises a federal question and satisfies the jurisdictional requirements of 28 U.S.C. §1331. This Honorable Court therefore has original jurisdiction of this civil action.

## Removal

This is an action which may properly be removed to this Court pursuant to 28 U.S.C. §1441 which states in pertinent part as follows:

> *"Except as otherwise expressly provided by act of Congress, any civil action brought in a state court of which the district courts of the United States has original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending . . . "*

Given that this action is one over which the United States District Court for the Middle District of Florida, Orlando Division, would have original jurisdiction, this case may properly be removed by Defendant pursuant to 28 U.S.C. §1446(a) which provides:

> *"A defendant or defendants desiring to remove any civil action or criminal prosecution from a state court shall file in the district court of the United States for the district and division within which such action is pending a Notice of Removal, signed pursuant to Rule 11 of the Federal Rules of Civil Procedure*

Case 6:19-cv-00550-RBD-LHP   Document 1   Filed 03/20/19   Page 4 of 8 PageID 4

Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC
MDFL Case No:  To be assigned
Petition for Removal to Federal Court and
Supporting Memorandum of Law
_____

> *and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings and orders served upon such defendant or defendants in such action."*

In the instant suit, CAVALRY has filed a Notice which complies with 28 U.S.C. §1446(a), in that it sets forth facts that show that this Court has original jurisdiction and that this case is subject to removal.

### Timeliness of Removal

28 U.S.C. §1446(b) requires that a Notice of Removal in a civil action or proceeding shall be filed within thirty (30) days after receipt by CAVALRY, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.  The original Complaint was filed with the Court and served upon CAVALRY on or about February 22, 2019, and this Petition for Removal has been filed less than thirty (30) days from service of the original Complaint.  The Amended Complaint was filed with the Court on March 19, 2019.

### Consent of Co-Defendants

Undersigned counsel represents that no other co-Defendant has been listed or served as a party to this lawsuit or with respect to this removal, and therefore no consent is necessary.

### Supplemental Jurisdiction

This Court has the discretion to exercise supplemental jurisdiction over any state law claims which have been asserted as part of the underlying action. 28 U.S.C. §1441(c) provides as follows:

> "Whenever a separate and independent claim or cause of action within the jurisdiction conferred by §1331 of this Title, is joined within one or more

Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC
MDFL Case No:  To be assigned
Petition for Removal to Federal Court and
Supporting Memorandum of Law
_____

otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which state law predominates."

The allegations contained in the state law claims under Florida's Consumer Collection Practices Act ("FCCPA") arise out of the same factual allegations as the claims under the FDCPA.

### Consent of Co-Defendant

Attached hereto is the signed Consent to Remove Case to Federal Court from the Co-Defendant, Federated Law Group, PLLC which consents to the removal of this case from Orange County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.  **(See Attached Exhibit 1)**

WHEREFORE, Defendant, CAVALRY SPV I, LLC, respectfully requests this Honorable Court enter its Order removing the entire case from the County Court, in and for Orange County, to the United States District Court, Middle District of Florida, Orlando Division.

Dated this **20th** day of **March, 2019.**

Respectfully submitted,

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III

Deborah Brill v. Federated Law Group, PLLC and Cavalry SPV I, LLC
MDFL Case No:  To be assigned
Petition for Removal to Federal Court and
Supporting Memorandum of Law
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on this **20th day of March, 2019**, with the Clerk of the Court by using the electronic filing system. I further certify that on this **20th day of March, 2019**, a copy of the foregoing has been sent via electronic transmission to the following: N. James Turner, Esquire at njtlaw@gmail.com *(Attorneys for Plaintiff)* and Bryan Manno, Esq. at bmanno@federatedlaw.com (*Attorney for Federated Law Group, PLLC*).

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Cavalry SPV I, LLC*

# EXHIBIT 1 TO PETITION FOR REMOVAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH BRILL,

    Plaintiff,

v.

FEDERATED LAW GROUP, PLLC
and CAVALRY SPV I, LLC,

    Defendants.
_____/

## DEFENDANT, FEDERATED LAW GROUP, PLLC, CONSENT TO REMOVE CASE TO FEDERAL COURT

Defendant, FEDERATED LAW GROUP, PLLC, ("FLG") hereby consents to Defendant, CAVALRY SPV I, LLC, Petition for Removal of this entire action to the United States District Court for the Middle District of Florida, Orlando Division, and states as follows:

FLG hereby consents to and requests removal of this case from the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division.

Date: March 20, 2019

Name: _____
Duly authorized representative of
Defendant, Federated Law Group, PLLC