UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH BRILL,

    Plaintiff,

v.                                  Case No. 6:19-cv-550-Orl-37LRH

FEDERATED LAW GROUP, PLLC; and
CAVALRY SPV I, LLC,

    Defendants.
_____

**ORDER OF DISMISSAL**

This cause is before the Court upon the Notice of Settlement (Doc. 13) filed by the Plaintiff indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 13, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record